|   |   |
|---|---|
| 1 | Candace Y. Martinez (SBN 346799) |
| 2 | cymartinez@jonesday.com<br>JONES DAY |
| 3 | 3161 Michelson Drive<br>Suite 800 |
| 4 | Irvine, CA  92612.4408<br>Telephone:    949.851.3939 |
| 5 | Facsimile:     949.553.7539 |
| 6 | Attorneys for Defendant<br>EXPERIAN INFORMATION |
| 7 | SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ARTIS-RAY: CASH, | Case No. 2:23-cv-06688 FMO (JCx) |
|---|---|
| Plaintiff, | Hon. Fernando M. Olguin |
| v. | **DEFENDANT EXPERIAN INFORMATION SOLUTION INC.'S NOTICE OF SETTLEMENT** |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | Complaint filed:  August 15, 2023<br>First Amended Complaint filed: December 28, 2023 |

PLEASE TAKE NOTICE that Plaintiff Artis-Ray Cash ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (collectively the "Parties") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian pending in this action.

The Parties anticipate that the performance of the terms of the settlement agreement will be completed within forty-five (45) days of the date of this notice, at which time the Parties shall file a Stipulation for Dismissal with prejudice of the claims asserted against Experian.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 13, 2024 | JONES DAY |
| 3 | | |
| 4 | | By: */s/ Candace Y. Martinez* |
| 5 | | Candace Y. Martinez |
| 6 | | Attorneys for Defendant EXPERIAN INFORMATION SOLUTIONS, INC. |

- 2 -